IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSICA A. YOUNGER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 3:21-cv-01024-L |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE:

COMES NOW the Defendant ProCollect, Inc. ("Defendant" or "ProCollect"), and files this *Motion for Summary Judgment* as follows:

Pursuant to L.R. 56.3(b), each of the matters required by L.R. 56.3(a) will be set forth in the *Brief in Support of Defendant's Motion for Summary Judgment*.

Respectfully submitted,

By: _____
JOHN W. BOWDICH
State Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
8150 N. Central Expy., Suite 500
Dallas, Texas 75206
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

1

CERTIFICATE OF SERVICE

    On March 18, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) as follows:

| | |
|---|---|
| Nathan Volheim, Esq. | VIA ECF |
| Eric D. Coleman, Esq. | |
| Alejandro E. Figueroa, Esq. | |
| SULAIMAN LAW GROUP, LTD. | |
| 2500 South Highland Ave., Suite 200 | |
| Lombard, Illinois 60148 | |

By: _____
       John W. Bowdich