## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

JESSICA A. YOUNGER,

     Plaintiff,

v.

PROCOLLECT, INC.,

     Defendant.

Case No.  3:21-cv-01024-L

Honorable Sam A. Lindsay

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JESSICA A. YOUNGER, and the Defendant, PROCOLLECT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against PROCOLLECT, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 8, 2022

Respectfully Submitted,

**JESSICA A. YOUNGER**

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

**PROCOLLECT, INC.**

*/s/ John W. Bowdich* (*with consent*)
John W. Bowdich
*Counsel for Defendant*
Bowdich & Associates, PLLC
8150 N. Central Expy., Suite 500
Dallas, Texas 75206
Phone: (214) 307-9500
Fax: (214) 307-5173
jbowdich@bowdichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim